**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-7000**

─────────────

ANTHONY MCQUEEN,

                                Petitioner - Appellant,

     versus

CLINTON E. FLOYD,

                                Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-98-323-5-BR)

─────────────

Submitted: February 25, 1999      Decided: March 8, 1999

─────────────

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Anthony McQueen, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony McQueen seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See McQueen v. Floyd, No. CA-98-323-5-BR (E.D.N.C. June 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2